THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS ABREU, Appellant.

Submitted September 10, 2012; decided September 13, 2012

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE BLANKYMSEE, Appellant.

Submitted August 27, 2012; decided September 13, 2012

Motion to vacate this Court's August 10, 2012 preclusion order granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BRINSON, Appellant.

Submitted August 27, 2012; decided September 13, 2012

Motion to vacate this Court's August 10, 2012 preclusion order granted.